**1132**                    **112 NEW YORK SUPPLEMENT**
                        and 146 New York State Reporter

junction order until the hearing and determination of the appeal. The stay of the enforcement of the injunction orders is vacated from 8 o'clock p. m. on the 15th day of September, upon condition that the defendants are permitted to post and keep upon the premises of the Hathorn Spring not to exceed two men at a time, as they may designate, during all the time until the argument of the appeal and the further order of the court. Such men to have the right to take measurements before the hour of 8 o'clock arrives. If such condition is not complied with, the defendants may apply orally upon the papers already presented to the court for a revivor of the stay of the injunction order, with the like privilege to the plaintiffs with reference to defendants' property. See 112 N. Y. Supp. 374.

HATHORN et al. v. NATURAL CARBONIC GAS CO. (Supreme Court, Appellate Division, Third Department. September 25, 1908.) Action by Emily H. Hathorn and another against the Natural Carbonic Gas Company.

PER CURIAM. Motion for leave to appeal to Court of Appeals granted, and questions certified as follows: "First. Does the complaint state a cause of action other than under the statute hereinafter mentioned? Second. Does the complaint state a cause of action under Laws 1908, p. 1221, c. 429? Third. Is chapter 429, p. 1221, of the Laws of 1908, a constitutional enactment? Fourth. Did the Supreme Court have power to grant the preliminary injunction?" See, also, 112 N. Y. Supp. 374.

HAYES et al., Appellants, v. A. BUSHNELL & CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. October 17, 1908.) Action by Norman B. Hayes and another against A. Bushnell & Company. No opinion. Judgment affirmed, with costs.

HEILPERIN, Respondent, v. LEVY et al., Appellants. (Supreme Court, Appellate Division, First Department. November 6, 1908.) Action by Solomon Heilperin against Samuel Levy and others. S. Levy, for appellants. J. A. Seidman, for respondent.

PER CURIAM. Appeal dismissed, with $10 costs and disbursements, on the ground that the order appealed from gives leave to renew, and the appellant has not exhausted the remedies thus given him. Order filed.

In re HELLINGER. (Supreme Court, Appellate Division, First Department. November 6, 1908.) In the matter of Samuel Hellinger. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

HERRLICH v. HYMAN et al. (Supreme Court, Appellate Division, First Department. October 30, 1908.) Action by Philip Herrlich against Samuel Hyman and another. No opinion. Motion denied. Order filed.

HIGGIN MFG. CO. v. FLEISHMAN et al. (Supreme Court, Appellate Division, Second Department. October 9, 1908.) Action by the Higgin Manufacturing Company against Walter L. Fleishman and another. No opinion. Motion denied.

HOLMES, Appellant, v. COHEN, Respondent. (Supreme Court, Appellate Division, Second Department. October 9, 1908.) Action by Robert Holmes, Jr., against Paul Cohen, as treasurer, etc. No opinion. Judgment of the Municipal Court affirmed by default, with costs.

HOTALING, Respondent, v. SYRACUSE & S. R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. October 17, 1908.) Action by Alice Hotaling against the Syracuse & Suburban Railroad Company.

PER CURIAM. Judgment and order reversed, and new trial ordered, with costs to appellant to abide event, unless the plaintiff, within 20 days, stipulates to reduce the verdict to the sum of $1,000 as of the date of the rendition thereof, in which event the judgment is modified accordingly, and, as so modified, is, together with the order, affirmed, without costs of this appeal to either party.

HOWELL, Respondent, v. HOWELL, Appellant. (Supreme Court, Appellate Division, First Department. November 6, 1908.) Action by Hedwig Howell against Henry F. Howell. L. Laski, for appellant. C. E. Travis, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

HOYE, Appellant, v. OAKLEY et al., Respondents. (Supreme Court, Appellate Division, Second Department. October 9, 1908.) Action by Rose C. Hoye against John T. Oakley, individually and as commissioner, etc., and another. No opinion. Judgment affirmed, with costs.

HUBBARD, Respondent, v. MINETTO SHADE CLOTH CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. October 7, 1908.) Action by Milan Hubbard against the Minetto Shade Cloth Company. No opinion. Judgment and order affirmed, with costs.

In re HUGHES. (Supreme Court, Appellate Division, First Department. November 6, 1908.) In the matter of Hackett Hughes, deceased. No opinion. Order affirmed, with $10 costs and disbursements, to be paid by executor personally. Order filed.

HUGHES, Respondent, v. PIERCE et al., Appellants. (Supreme Court, Appellate Division, First Department. November 6, 1908.) Action by Charles Hughes against John Pierce and another. F. V. Johnson, for appellants. M. L. Malevinsky, for respondent. No opinion. Judgment and orders affirmed, with costs. Order filed.

HULTS, Appellant, v. VAN DEVENTER, Respondent. (Supreme Court, Appellate Division, Second Department. October 9, 1908.)